No. 98–1410. MOSCARIELLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–1411. IN RE SMITH. C. A. 10th Cir. Certiorari denied.

No. 98–1415. HALL *v.* OWEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1421. ROBBINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1422. NOWAK *v.* SCHOOL BOARD OF PALM BEACH COUNTY. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 98–1436. SOMATERIA FOUNDATION ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–1445. STOIBER *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 98–1451. KERSEY *v.* UNITED STATES AIR FORCE ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1454. SEELY *v.* HENDERSON, POSTMASTER GENERAL. C. A. 10th Cir. Certiorari denied.

No. 98–1457. RENNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–1463. RHODES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–1479. ROSENTHAL *v.* CONRAD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1484. MCCOLLUM *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.